UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X    07CV01465(AKH)
NOLBERTO AVILA AND BRIGIDA AVILA,

                              Plaintiffs,

      - against –
                                                       ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., MSDW 140 BROADWAY
PROPERTY L.L.C., NEW YORK UNIVERSITY,
NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE(UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THAMES REALTY
CO, TOSCORP INC., VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC, VERIZON PROPERIES, INC.,
WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P., ET AL
                              Defendants.

-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

                      Yours, etc.

                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                      Attorneys for Defendant –Envirotech
                      3000 Marcus Avenue, Suite 2E1
                      Lake Success, New York 11042
                      (516) 775-5800

                      BY: _____
                              Heather L. Smar (4622)