UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
:
:
:
-----------------------------------------------------------------X
NORBETO AVILA AND NELLY AVILA, : 07-CV-01465-AKH
:
Plaintiffs, :
: **APPEARANCE**
- against - :
:
ALAN KASMAN D/B/A KASCO, *et al.*, : **ELECTRONICALLY FILED**
:
Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007

                          By:     /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.