UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORBETO AVILA (AND WIFE, NELLY AVILA)           Case No.:
                                                21 MC 102 (AKH)
                    Plaintiffs,

        -against-                               Docket No.: 07CV1465

90 CHURCH STREET LIMITED PARTNERSHIP,           NOTICE OF ADOPTION OF
ET. AL.,                                        ANSWER TO MASTER
                                                COMPLAINT

                    Defendant.                  Jury Trial Demanded
See Rider Attached.
-----------------------------------------------------------------X

Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:      New York, New York
            January 10, 2008
                                        Yours etc.,

                                        CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                        Attorneys for Defendants - BOARD OF
                                        MANAGERS OF THE HUDSON VIEW EAST
                                        CONDOMINIUM, HUDSON VIEW EAST
                                        CONDOMINIUM

                                        By: _____
                                            Vincent A. Nagler ( 6400 )
                                        One Whitehall Street
                                        New York, New York 10004
                                        (212) 248-8800

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

AO 440 (Rev 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

NORBETO AVILA (AND WIFE, NELLY AVILA)

                                                            SUPPLEMENTAL SUMMONS IN A
                                                            CIVIL CASE

               V.                                        CASE NUMBER: (AKH)
                                                            07CV1465

90 CHURCH STREET LIMITED
PARTNERSHIP, ET. AL.,

  SEE ATTACHED RIDER,

        TO: (Name and address of defendant)

        SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    115 Broadway, 12th Floor
    New York, New York 10006
    212-267-3700

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                           SEP 2 0 2007

CLERK                                                       DATE

(BY) DEPUTY CLERK

**RIDER**

NORBETO AVILA AND NELLY AVILA,

         Plaintiffs,

- against -

90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC., TOSCORP INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET AL

         Defendants.

---X

**Defendants' Addresses:**

90 CHURCH STREET LIMITED PARTNERSHIP
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
NEW YORK, NY 10011