UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV01465(AKH)
NOLBERTO AVILA AND BRIGIDA AVILA,

                         Plaintiffs,

      - against –                                                                    AMENDED
                                                                                                                                          ANSWER

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP INC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS, LLC,
RY MANAGEMENT CO INC.,
RY MANAGEMENT,
STRUCTURE TONE(UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK COMPANY, INC.,
TOSCORP INC.,
WESTON SOLUTIONS, INC., WFP TOWER

B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P., ET AL
                                            Defendants.

------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.


Dated: Lake Success, New York
       January 22, 2008

                                    Yours, etc.

                                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                                    Attorneys for Defendant –Envirotech
                                    3000 Marcus Avenue, Suite 2E1
                                    Lake Success, New York 11042
                                    (516) 775-5800

                                    BY: _____
                                         Heather L. Smar (4622)